[No. 1836-1.    Division One.    June 18, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE LEE BRAXTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 60346, F. A. Walterskirchen, J., entered July

17, 1972. *Dismissed* by unpublished opinion per Farris, J., concurred in by Williams and Callow, JJ.